## Marks Hurtt and Martha Hurtt, his wife, Appellees, v. Florence Conklin and Nellie M. Conklin, Appellants.

### Gen. No. 43,185.

opinion filed March 7, 1946; rehearing de-

nied March 19, 1946; released for publication March 20, 1946. Winston, Strawn & Shaw, for appellants; James H. Cartwright and Alexander J. Moody, of counsel; Geary & Stagman and M. G. Kaufman, for appellees; Jacob Stagman and M. G. Kaufman, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.